# EXHIBIT B

*Total LIFO loss:* **($908,708.02)**

**Afa Sjuk tjänstepensionsaktiebolag**
**LIFO Loss in Palantir Technologies Inc.**
Class Period: 9/30/2020 - 8/5/2022
Retained Shares valued at: $8.22

| **Transaction** | **Date** | **Shares** | **Price** | **Cost** | **Transaction** | **Date** | **Shares** | **Price** | **Proceeds** |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 12/13/2021 | 65,000 | $18.74 | $1,218,048.00 | Retained Shares | | 65,000 | $8.22 | $534,413.49 |
| | | 65,000 | | $1,218,048.00 | | | 65,000 | | $534,413.49 |

*LIFO Loss in Palantir Technologies Inc.* **($683,634.51)**

**Afa Liv tjänstepensionsaktiebolag**
**LIFO Loss in Palantir Technologies Inc.**
Class Period: 9/30/2020 - 8/5/2022
Retained Shares valued at: $8.22

| **Transaction** | **Date** | **Shares** | **Price** | **Cost** | **Transaction** | **Date** | **Shares** | **Price** | **Proceeds** |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 12/13/2021 | 3,400 | $18.74 | $63,713.28 | Retained Shares | | 4,400 | $8.22 | $36,175.68 |
| Purchase | 12/13/2021 | 1,000 | $18.74 | $18,739.20 | | | | | |
| | | 4,400 | | $82,452.48 | | | 4,400 | | $36,175.68 |

*LIFO Loss in Palantir Technologies Inc.* **($46,276.80)**

**Afa Trygg tjänstepensionsaktiebolag**
**LIFO Loss in Palantir Technologies Inc.**
Class Period: 9/30/2020 - 8/5/2022
Retained Shares valued at: $8.22

| **Transaction** | **Date** | **Shares** | **Price** | **Cost** | **Transaction** | **Date** | **Shares** | **Price** | **Proceeds** |
|---|---|---|---|---|---|---|---|---|---|
| Purchase | 12/13/2021 | 17,000 | $18.74 | $318,566.40 | Retained Shares | | 17,000 | $8.22 | $139,769.68 |
| | | 17,000 | | $318,566.40 | | | 17,000 | | $139,769.68 |

*LIFO Loss in Palantir Technologies Inc.* **($178,796.72)**