# EXHIBIT B



## Palantir Technologies, Inc.
## September 30, 2020 through August 5, 2022
## New Mexico State Investment Council

| Loss Summary: | Shares | Avg Price | Value | Losses by section |
|---|---|---|---|---|
| Section I: Opening Position | 0 | | | |
| Section I: Sales Ignored | 0 | | $0 | |
| Section II Purchases: Purchased and Sold in the Period | 0 | | $0 | |
| Section II Sales: Purchased and Sold in the Period | 0 | | $0 | $0 |
| Section III Purchases: Purchased in and Sold After the Period | 0 | | $0 | |
| Section III Sales: Purchased in and Sold After the Period | 0 | | $0 | $0 |
| Section IV Purchases: Purchased and Held | 226,316 | $25.24 | $5,712,637 | ($3,851,925) |
| 90-Day Average Lookback Price | | $8.2217 | | |
| **Total LIFO Losses** | | | | **($3,851,925)** |



Palantir Technologies, Inc.
September 30, 2020 through August 5, 2022
New Mexico State Investment Council

Lookback Range: 8/6/22 - 11/3/22

| | Purchases | | | | Sales | | | | (Loss) on | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares | Price | Total | Trade Date | Shares | Price | Total | (Loss) on Shares Held | Holdings @ $8.2217 | (Loss) |

### I. Share Sales Matched Against Pre-Class Period Holdings

Open position  -

| Subtotal (I) | 0 | | $0 | | 0 | | $0 | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 0 | | | | | |

### II. Shares Purchased and Sold Within Class Period (LIFO Basis)
*Formula:* (sales price - purchase price) x shares sold

| Subtotal (II) | 0 | | $0 | | 0 | | $0 | | | $0 |
|---|---|---|---|---|---|---|---|---|---|---|

### III. Shares Purchased During Class Period and Sold After End of Class Period (LIFO Basis)
*Formula:* (sales price - purchase price) x shares sold

| Subtotal (III) | 0 | | $0 | | 0 | | $0 | | | $0 |
|---|---|---|---|---|---|---|---|---|---|---|

### IV. Shares Purchased During Class Period and Still Held (LIFO Basis)
*Formula:* (PSLRA "lookback period" average closing price - purchase price) x shares held

| Trade Date | Shares | Price | Total | | | | | (Loss) on Shares Held | (Loss) on Holdings @ $8.2217 | Total (Loss) |
|---|---|---|---|---|---|---|---|---|---|---|
| 06/25/21 | 201,583 | $26.78 | $5,398,191 | | | | | ($18.56) | ($3,740,826.93) | |
| 12/17/21 | 6,534 | $19.06 | $124,538 | | | | | ($10.84) | ($70,817.15) | |
| 03/18/22 | 1,696 | $12.82 | $21,743 | | | | | ($4.60) | ($7,798.64) | |
| 06/24/22 | 16,503 | $10.19 | $168,166 | | | | | ($1.97) | ($32,482.10) | |
| **Subtotal (IV)** | **226,316** | **$25.24** | **$5,712,637** | | | | | | **($3,851,924.81)** | **($3,851,925)** |

**TOTAL (II - IV) LIFO Losses** — ($3,851,925)