IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Charlotte N. Sweeney

Civil Action No. 1:22-cv-02384-CNS-SKC

MINCHIE GALOT CUPAT, Individually and
On Behalf of All Others Similarly Situated,

Plaintiff,

v.

PALANTIR TECHNOLOGIES INC.,
ALEXANDER C. KARP, DAVID GLAZER,
and SHYAM SANKAR,

Defendants.

---

Civil Action No. 1:22-cv-02805-SKC

ALLEGHENY COUNTY EMPLOYEES'
RETIREMENT SYSTEM, Individually and
On Behalf of All Others Similarly Situated,

Plaintiff,

v.

PALANTIR TECHNOLOGIES INC.,
ALEXANDER C. KARP, DAVID GLAZER,
and SHYAM SANKAR,

Defendants.

---

Civil Action No. 1:22-cv-02893-PAB-KLM

SHIJUN LIU, INDIVIDUALLY AND AS TRUSTEE OF THE LIU FAMILY TRUST 2019, Individually and On Behalf of All Others Similarly Situated,

Plaintiff,

v.

PALANTIR TECHNOLOGIES INC., ALEXANDER C. KARP, STEPHEN COHEN, PETER THIEL, WILLIAM HO, KEVIN KAWASAKI, DAVID GLAZER, SHYAM SANKAR, ALEXANDER MOORE, SPENCER RASCOFF, and ALEXANDRA SCHIFF,

Defendants.

---

ORDER GRANTING CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT OF LEAD PLAINTIFF, AND APPROVAL OF LEAD COUNSEL

---

Before the Court is California Public Employees' Retirement System's ("CalPERS") Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel (ECF No. 10). The Motion is **GRANTED**.

1. Pursuant to Fed. R. Civ. P. 42(a) and D.C.COLO.LCivR 42.1, the Court finds that the above captioned actions involve common questions of law or fact, including common parties and common claims. The Court also finds that consolidation of these three cases will avoid unnecessary costs and delays. The Court notes that consolidation is not opposed by Defendants or any potential lead plaintiffs.

Accordingly, the Court orders that *Cupat v. Palantir Techs. Inc.*, Civil Action No. 1:22-cv-02384-CNS-SKC, *Allegheny Cnty. Emps.' Ret. Sys. v. Palantir Techs. Inc.*, Civil Action No. 1:22-cv-02805-SKC and *Shijun Liu, Individually and as Trustee of The Liu Family Trust 2019 v. Palantir Techs. Inc.*, Civil Action No. 1:22-cv-02893-PAB-KLM be consolidated. All future filings in these consolidated actions shall be made in the lead case number, 1:22-cv-02384-CNS-SKC, using the following caption:

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Charlotte N. Sweeney

Lead Civil Action No. 1:22-cv-02384-CNS-SKC
*Consolidated with Civil Actions 1:22-cv-02805-CNS-SKC and 1:22-cv-02893-CNS-SKC*

MINCHIE GALOT CUPAT, individually and on behalf of all others similarly situated,

Plaintiff,

v.

PALANTIR TECHNOLOGIES, INC.,
ALEXANDER C. KARP,
DAVID GLAZER, and
SHYAM SANKAR,

Defendants.

2. Pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §77z-1(a)(3)(B) and 15 U.S.C. §78u-4(a)(3)(B), CalPERS is appointed as Lead Plaintiff; and

3. Pursuant to 15 U.S.C. §77z-1(a)(3)(B)(v) and 15 U.S.C. §78u-4(a)(3)(B)(v), Robbins Geller Rudman & Dowd LLP is approved as Lead Counsel for the class. As Lead Counsel, Robbins Geller Rudman & Dowd LLP shall have the following responsibilities and duties on behalf of Lead Plaintiff and the putative class:

(a) the briefing and argument of any and all motions;

(b) the preparation and filing of all pleadings;

(c) conducting any and all discovery proceedings;

(d) settlement negotiations;

(e) the pretrial discovery proceedings and the preparation for trial and the trial of this matter, and delegation of work responsibilities to selected counsel as may be required; and

(f) the supervision of all other matters concerning the prosecution or resolution of the consolidated action.

## CONCLUSION

California Public Employees' Retirement System's Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel (ECF No. 10) is **GRANTED.** The Court requests that the Clerk of Court reassign Civil Actions 1:22-cv-02805-SKC and 1:22-cv-02893-PAB-KLM to the undersigned as the Presiding District Judge, and to U.S. Magistrate Judge S. Kato Crews in the referral role. All future filings in these consolidated actions shall be made exclusively in the lead case number, 1:22-cv-02384-CNS-SKC.

DATED this 6th day of December 2022.

BY THE COURT:

Charlotte N. Sweeney
United States District Judge