**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Lead Civil Action No. 1:22-cv-02384-GPG-SP
*Consolidated with Civil Actions 1:22-cv-02805-GPG-SP*
*and 1:22-cv-02893-GPG-SP*

MINCHIE GALOT CUPAT, Individually
and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

PALANTIR TECHNOLOGIES INC.,
ALEXANDER C. KARP,
DAVID GLAZER, and
SHYAM SANKAR,

Defendants.

---

**DECLARATION OF NICHOLAS A. CASELLI IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**

---

I, Nicholas A. Caselli, hereby declare as follows:

I am duly admitted to practice in the District of Colorado and am counsel at the law firm of Freshfields Bruckhaus Deringer US LLP. I am counsel of record for Defendants Palantir Technologies Inc. ("Palantir"), Alexander C. Karp, David Glazer, Shyam Sankar, Kevin Kawasaki, Peter Thiel, Stephen Cohen, Alexandra Schiff, Alexander Moore, and Spencer Rascoff (collectively, the "Defendants") in the above-captioned matter. I have personal knowledge of the matters stated herein. This declaration is submitted in support of the Defendants' Motion to Dismiss Plaintiffs' Amended Complaint.

1. Attached hereto as Exhibit 1 are true and correct highlighted excerpts[1] from Palantir's Form S-1/A Amendment No. 6, filed with the SEC[2] on September 21, 2020 and cited in the Complaint. *See, e.g.*, ¶¶ 19, 24, 33, 49, 65, 71, 85, 90, 104–05, 113, 119, 134, 188, 192, 195, 203–11, 344, 350, 356, 362, 399, 443, 446–52, 455–57, 459–60, 466, 468–69, 471–72.

2. Attached hereto as Exhibit 2 is a true and correct copy of an article titled "How Palantir's Tech-Based Patriotism and Politics Grew into a Multi-Billion Dollar Company," published by CNBC on October 13, 2022 and available at: https://www.cnbc.com/2022/10/13/how-palantirs-tech-patriotism-became-a-multi-billion-dollar-idea.html.

3. Attached hereto as Exhibit 3 are true and correct highlighted excerpts from Palantir's Form 424B4 Prospectus, filed with the SEC on September 30, 2020 and cited in the Complaint. *See, e.g.*, ¶¶ 90, 104.

4. Attached hereto as Exhibit 4 is a true and correct highlighted copy of Palantir's press release concerning its earnings for the fiscal year and quarter ended December 31, 2020, attached as Exhibit 99.1 to Palantir's Form 8-K, filed with the SEC on February 16, 2021 and cited in the Complaint. *See, e.g.*, ¶ 225.

5. Attached hereto as Exhibit 5 is a true and correct highlighted copy of Palantir's November 7, 2022 earnings call transcript, issued by Palantir on November 7, 2022.

---

1 Because securities filings can be lengthy (often running more than 100 pages), Defendants submit excerpted copies of documents that are particularly lengthy (for example, a complete version of Exhibit 1 is 310 pages). Defendants would be happy to provide the Court with complete copies of excerpted documents upon request.

2 Unless otherwise stated, definitions and abbreviations herein shall have the same meaning as in the Table of Definitions and Abbreviations in the Defendants' Combined Motion and Brief to Dismiss Plaintiffs' Amended Complaint.

6. Attached hereto as Exhibit 6 is a true and correct highlighted copy of Palantir's November 12, 2020 earnings call transcript, issued by Palantir on November 12, 2020 and cited in the Complaint. *See, e.g.*, ¶¶ 22, 118, 215, 362, 387.

7. Attached hereto as Exhibit 7 is a true and correct highlighted copy of Palantir's February 16, 2021 earnings call transcript, issued by Palantir on February 16, 2021 and cited in the Complaint. *See, e.g.*, ¶¶ 22, 122, 148, 226, 387.

8. Attached hereto as Exhibit 8 are true and correct highlighted excerpts from Palantir's Form 10-Q for the quarter ended September 30, 2020, filed with the SEC on November 13, 2020 and cited in the Complaint. *See, e.g.*, ¶¶ 192, 219–21.

9. Attached hereto as Exhibit 9 are true and correct highlighted excerpts from Palantir's Form 10-K for the year ended December 31, 2020, filed with the SEC on February 26, 2021 and cited in the Complaint. *See, e.g.*, ¶¶ 192, 235–37, 349.

10. Attached hereto as Exhibit 10 are true and correct highlighted excerpts from Palantir's Form 10-Q for the quarter ended March 31, 2021, filed with the SEC on May 12, 2021 and cited in the Complaint. *See, e.g.*, ¶¶ 251–54, 334.

11. Attached hereto as Exhibit 11 are true and correct highlighted excerpts from Palantir's Form 10-Q for the quarter ended June 30, 2021, filed with the SEC on August 12, 2021 and cited in the Complaint. *See, e.g.*, ¶¶ 157 n12, 269–75, 334, 341, 378.

12. Attached hereto as Exhibit 12 are true and correct highlighted excerpts from Palantir's Form 10-Q for the quarter ended September 30, 2021, filed with the SEC on November 9, 2021 and cited in the Complaint. *See, e.g.*, ¶¶ 279, 282–87, 334, 404.

13. Attached hereto as Exhibit 13 are true and correct highlighted excerpts from Palantir's Form 10-K for the year ended December 31, 2021, filed with the SEC on February 24, 2022 and cited in the Complaint. *See, e.g.*, ¶¶ 189–90, 305–11, 334, 341–42.

14. Attached hereto as Exhibit 14 are true and correct highlighted excerpts from Palantir's Form 10-Q for the quarter ended March 31, 2022, filed with the SEC on May 9, 2022 and cited in the Complaint. *See, e.g.*, ¶¶ 179, 182, 190, 317, 320–23, 334, 409, 411.

15. Attached hereto as Exhibit 15 are true and correct highlighted excerpts from Palantir's Form 10-Q for the quarter ended June 30, 2022, filed with the SEC on August 8, 2022 and cited in the Complaint. *See, e.g.*, ¶ 184.

16. Attached hereto as Exhibit 16 is a true and correct highlighted copy of Palantir's May 11, 2021 earnings call transcript, issued by Palantir on May 11, 2021 and cited in the Complaint. *See, e.g.*, ¶¶ 22, 148, 151, 154, 156–58, 242, 375, 392.

17. Attached hereto as Exhibit 17 is a true and correct copy of an article titled "A Record Pace for SPACS in 2021," published by Nasdaq on January 6, 2022 and available at: https://www.nasdaq.com/articles/a-record-pace-for-spacs-in-2021.

18. Attached hereto as Exhibit 18 is a true and correct highlighted copy of Palantir's August 12, 2021 earnings call transcript, issued by Palantir on August 12, 2021 and cited in the Complaint. *See, e.g.*, ¶¶ 160, 161 n13, 163, 165, 260, 381.

19. Attached hereto as Exhibit 19 are true and correct highlighted excerpts from Celularity Inc.'s Form S-1 Registration Statement, filed with the SEC on August 6, 2021.

20. Attached hereto as Exhibit 20 is a true and correct highlighted copy of a November 9, 2021 report published by RBC Capital Markets analysts, titled "Palantir Technologies Inc.: Cracks

Emerging in the Story; Downgrading to Underperform" and cited in the Complaint. *See, e.g.*, ¶¶ 172, 405.

21. Attached hereto as Exhibit 21 is a true and correct copy of an article titled "SPACs are sputtering in 2022, leaving retail investors holding the bag for a Wall Street innovation that just hasn't panned out," published by Fortune.com on April 21, 2022 and available at: https://fortune.com/2022/04/21/spacs-struggling-in-2022-retail-investors-holding-the-bag-wall-street/.

22. Attached hereto as Exhibit 22 is a true and correct highlighted copy of Palantir's May 9, 2022 earnings call transcript, issued by Palantir on May 9, 2022 and cited in the Complaint. *See, e.g.*, ¶¶ 179, 317, 324.

23. Attached hereto as Exhibit 23 is a true and correct highlighted copy of Palantir's August 8, 2022 earnings call transcript, issued by Palantir on August 8, 2022.

24. Attached hereto as Exhibit 24 is a true and correct copy of an article titled "Tech Stocks Are Having Their Worst Start to a Year Since 2008. What's Behind the Selloff," published by Barrons on January 6, 2022 and available at: https://www.barrons.com/articles/why-are-tech-stocks-down-fed-minutes-bond-yields-51641473780.

25. Attached hereto as Exhibit 25 is a true and correct highlighted copy of the hearing transcript from *Plumbers and Steamfitters Loc. 60 Pension Trust v. Meta Platforms, Inc. et al.*, No. 22-cv-1470 (N.D. Cal.), certified by the United States District Court for the Northern District of California and heard on July 18, 2023.

26. Attached hereto as Exhibit 26 are true and correct copies of Alexander C. Karp's Forms 3 and 4, filed with the SEC from September 22, 2020 to November 30, 2021.

27. Attached hereto as Exhibit 27 are true and correct copies of Stephen Cohen's Forms 3 and 4, filed with the SEC from September 22, 2020 to May 24, 2022.

28. Attached hereto as Exhibit 28 are true and correct copies of Shyam Sankar's Forms 3 and 4, filed with the SEC from September 22, 2020 to August 23, 2022.

29. Attached hereto as Exhibit 29 are true and correct copies of David Glazer's Forms 3 and 4, filed with the SEC from September 22, 2020 to August 4, 2022.

30. Attached hereto as Exhibit 30 are true and correct highlighted excerpts from Palantir's Form 10-Q for the quarter ended September 30, 2022, filed with the SEC on November 7, 2022.

31. Attached hereto as Exhibit 31 is a true and correct highlighted copy of Lilium's Analyst Presentation, filed with the SEC on Qell Acquisition Corp.'s Form 425 on June 15, 2021.

32. Attached hereto as Exhibit 32 are true and correct highlighted excerpts from Sarcos's Investor Presentation, attached as Ex. 99.2 to Rotor Acquisition Corp.'s Form 8-K and filed with the SEC on April 6, 2021.

33. Attached hereto as Exhibit 33 are true and correct highlighted excerpts from Roivant's Investor Presentation, attached as Ex. 99.1 to Montes Archimedes Acquisition Corp.'s Form 8-K and filed with the SEC on June 26, 2021.

34. Attached hereto as Exhibit 34 are true and correct highlighted excerpts from Celularity's Investor Presentation, attached as Ex. 99.3 to GX Acquisition Corp.'s Form 8-K and filed with the SEC on January 8, 2021.

35. Attached hereto as Exhibit 35 is a true and correct highlighted copy of Lilium's March 30, 2021 press release, available at: https://lilium.com/files/redaktion/refresh_feb2021/investors/Lilium%20News%20Release%20-%20March%2030%202021.pdf.

36. Attached hereto as Exhibit 36 is a true and correct highlighted copy of Sarcos's press release, attached as Ex. 99.1 to Rotor Acquisition Corp.'s Form 8-K and filed with the SEC on April 6, 2021.

37. Attached hereto as Exhibit 37 is a true and correct highlighted copy of Sarcos's Seeking Alpha Interview Transcript, filed with the SEC on Rotor Acquisition Corp.'s Form 425 on June 7, 2021.

38. Attached hereto as Exhibit 38 is a true and correct highlighted copy of Lilium's Honeywell, Palantir and CustomCells Partner Video Transcript, filed with the SEC on Qell Acquisition Corp.'s Form 425 on August 2, 2021.

39. Attached hereto as Exhibit 39 is a true and correct highlighted copy of the Bloomberg Video with Daniel Wiegand Transcript, filed with the SEC on Qell Acquisition Corp.'s Form 425 on June 21, 2021.

40. Attached hereto as Exhibit 40 is a true and correct highlighted copy of Palantir's press release concerning its earnings for the quarter ended June 30, 2021, attached as Exhibit 99.1 to Palantir's Form 8-K, filed with the SEC on August 12, 2021 and cited in the Complaint. *See, e.g.*, ¶ 259.

41. Attached hereto as Exhibit 41 is a true and correct highlighted copy of Palantir's November 9, 2021 earnings call transcript, issued by Palantir on November 9, 2021 and cited in the Complaint. *See, e.g.*, ¶¶ 148, 171, 174, 176, 288, 388, 392.

42. Attached hereto as Exhibit 42 is a true and correct highlighted copy of Palantir's press release concerning its earnings for the quarter ended March 31, 2021, attached as Exhibit 99.1 to Palantir's Form 8-K, filed with the SEC on May 11, 2021 and cited in the Complaint. *See, e.g.*, ¶ 241.

43. Attached hereto as Exhibit 43 is a true and correct highlighted copy of Palantir's press release concerning its earnings for the quarter ended September 30, 2021, attached as Exhibit 99.1 to

Palantir's Form 8-K, filed with the SEC on November 9, 2021 and cited in the Complaint. *See, e.g.*, ¶¶ 279, 281, 404.

44. Attached hereto as Exhibit 44 is a true and correct highlighted copy of Palantir's press release concerning its earnings for the year ended December 31, 2021, attached as Exhibit 99.1 to Palantir's Form 8-K, filed with the SEC on February 17, 2022 and cited in the Complaint. *See, e.g.*, ¶¶ 177–78, 299, 301, 305, 406.

45. Attached hereto as Exhibit 45 is a true and correct highlighted copy of Palantir's February 17, 2022 earnings call transcript, issued by Palantir on February 17, 2022.

46. Attached hereto as Exhibit 46 is a true and correct highlighted copy of Palantir's press release concerning its earnings for the quarter ended March 31, 2022, attached as Exhibit 99.1 to Palantir's Form 8-K, filed with the SEC on May 9, 2022 and cited in the Complaint. *See, e.g.*, ¶¶ 179, 182, 316, 319, 409.

47. Attached hereto as Exhibit 47 are true and correct highlighted excerpts from Palantir's Notice of Annual Meeting of Stockholders and Proxy Statement for the Year 2022, filed with the SEC as Palantir's Schedule 14A on April 26, 2023.

48. Attached hereto as Exhibit 48 are true and correct highlighted excerpts from Palantir's Form 424B3 Supplement to the Prospectus, filed with the SEC on November 13, 2020 and cited in the Complaint. *See, e.g.*, ¶¶ 90, 104, 452–53.

49. Attached hereto as Exhibit 49 is a true and correct highlighted copy of Palantir's Fiscal Year 2021 Financial Results Accompanying Remarks, available at: https://investors.palantir.com/files/Accompanying%20Remarks%20-%202021%20Financial%20Results.pdf.

50. Attached hereto as Exhibit 50 is a true and correct copy of a Yahoo! Finance-generated comparison of the percent change in closing stock prices of Palantir, Asana, Inc., Domo, Inc., Elastic

N.V., Shopify Inc. and Snowflake Inc. from September 30, 2020 to August 5, 2022, using publicly available data.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 18, 2023
New York, New York

/s/ *Nicholas A. Caselli*
Nicholas A. Caselli

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of August, 2023, I electronically filed a true and correct copy of the foregoing **DECLARATION OF NICHOLAS A. CASELLI IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

/s/ *Nicholas A. Caselli*
Nicholas A. Caselli
Freshfields Bruckhaus Deringer US LLP
601 Lexington Avenue, 31st Floor
New York, New York 10022
Telephone: (212) 277-4000
E-mail: nicholas.caselli@freshfields.com