IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Gordon P. Gallagher

Lead Civil Action No. 1:22-cv-02384-GPG-SBP
*Consolidated with Civil Actions 1:22-cv-02805-GPG-SBP and 1:22-cv-02893-GPG-SBP*

MINCHIE GALOT CUPAT, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

PALANTIR TECHNOLOGIES INC.,
ALEXANDER C. KARP,
DAVID GLAZER, and
SHYAM SANKAR,

    Defendants.

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR A PARTIAL LIFT OF THE PSLRA DISCOVERY STAY**

THIS MATTER comes before the Court on the Plaintiffs' Motion for a Partial Lift of the PSLRA Discovery Stay (the "Motion"). Having reviewed the Motion and finding good cause therein,

IT IS HEREBY ORDERED AS FOLLOWS:

1.   The Motion is GRANTED;

2.   Plaintiffs will be permitted to conduct discovery as described in the Motion and the Declaration of Professor Joshua Mitts, Ph.D.

\*   \*   \*

**O R D E R**

IT IS SO ORDERED.

DATED: _____          _____
                                                                          THE HONORABLE GORDON P. GALLAGHER
                                                                          UNITED STATES DISTRICT JUDGE

- 1 -