# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Lead Civil Action No. 1:22-cv-02384-GPG-SBP
*Consolidated with Civil Actions 1:22-cv-02805-GPG-SBP
and 1:22-cv-02893-GPG-SBP*

MINCHIE GALOT CUPAT, Individually
and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

PALANTIR TECHNOLOGIES INC.,
ALEXANDER C. KARP,
DAVID GLAZER, and
SHYAM SANKAR,

    Defendants.

---

## DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY

---

Defendants respectfully submit for Your Honor's attention the February 10, 2025 decision by the United States Court of Appeals for the Ninth Circuit in *Pirani v. Slack Techs., Inc.*, No. 20-16419, in connection with Defendants' pending Motion to Dismiss Plaintiffs' Second Amended Complaint, ECF 102, and their Opposition to Plaintiffs' Motion for a Partial Lift of the PSLRA Discovery Stay, ECF 107 (collectively, the "Motions").

On remand from the United States Supreme Court, the panel in *Slack* unanimously reversed and remanded with instruction to dismiss in full and with prejudice the shareholder's claim under Section 11 of the Securities Act of 1933 because he failed to adequately plead that his shares were traceable to Slack's direct listing. Slip Op. at 9–14, 18. The Ninth Circuit rejected as "legally flawed" the shareholder's attempt to "establish traceability through a statistical analysis" and similarly "rejected the concept of 'statistical tracing' in the context of a Section 11 claim." *Id.* at 12–13. The decision in *Slack* pertains to several arguments advanced by Defendants in their briefing on the Motions. *See* ECF 102 at 10–12; ECF 107 at 1–2, 7–10; ECF 115 at 3–4.

The panel's decision is attached hereto as Exhibit A. Defendants are available to address any questions that the Court may have.

| | |
|---|---|
| Dated: February 10, 2025 | Respectfully submitted,<br><br>*/s/ Sam D. Starritt*<br>Sam D. Starritt<br>STARRITT LEGAL, LLC<br>222 North 7th Street, Suite A-1<br>Grand Junction, Colorado 81501<br>(970) 335-8831<br>sam@starrittlegal.com<br><br>Boris Feldman<br>FRESHFIELDS US LLP<br>855 Main Street<br>Redwood City, CA 94063<br>(650) 618-9250<br>boris.feldman@freshfields.com<br><br>David Y. Livshiz<br>Nicholas A. Caselli<br>FRESHFIELDS US LLP<br>3 World Trade Center, 51st Floor<br>175 Greenwich Street<br>New York, NY 10007<br>(212) 277-4000<br>david.livshiz@freshfields.com<br>nicholas.caselli@freshfields.com<br><br>*Attorneys for Defendants Palantir Technologies Inc., Alexander C. Karp, David Glazer, Shyam Sankar, Kevin Kawasaki, Peter Thiel, Stephen Cohen, Alexandra Schiff, Alexander Moore, and Spencer Rascoff* |

**CERTIFICATE OF SERVICE**

     I hereby certify that on February 10, 2025, I caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the e-mail addresses of all parties of record denoted on the Court's Electronic Mail Notice List.

                                            */s/ Sam D. Starritt*
                                            Sam D. Starritt