# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Gordon P. Gallagher

Lead Civil Action No. 22-cv-02384-GPG-SBP
*Consolidated with Civil Actions 1:22-cv-02805-GPG-SBP*
*and 1:22-cv-02893-GPG-SBP*

MINCHIE GALOT CUPAT, Individually
and on Behalf of All Others Similarly Situated,

    Plaintiff,

v.

PALANTIR TECHNOLOGIES, INC.,
ALEXANDER C. KARP,
DAVID GLAZER, and
SHYAM SANKAR,

    Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Federal Rule of Civil Procedure 58(a), the following Final Judgment is hereby entered.

Pursuant to the [D. 123] Order entered by Judge Gordon P. Gallagher on April 4, 2025, it is

ORDERED that the Plaintiffs' Motion for a Partial Lift of the PSLRA Discovery Stay [D. 94] is Denied. It is

FURTHER ORDERED that Defendants' Combined Motion and Brief to Dismiss Second Amended Complaint [D. 102] is GRANTED. It is

FURTHER ORDERED that Defendants' Request for Judicial Notice and Notice of Documents Incorporated by Reference in Support of Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint [D. 103] is GRANTED IN PART and otherwise DENIED AS

MOOT. It is

FURTHER ORDERED that Plaintiffs' Objections to Additional Materials Improperly Submitted with Defendants' Reply in Support of their Motion to Dismiss Plaintiffs' Second Amended Complaint [D. 117] is DENIED AS MOOT. It is

FURTHER ORDERED that Plaintiffs' Complaint [D. 92] is DISMISSED WITH PREJUDICE. It is

FURTHER ORDERED that judgment is entered in favor of Defendants' and against Plaintiffs. It is

FURTHER ORDERED that this case is closed.

Dated at Grand Junction, Colorado this 4th day of April, 2025.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:   s/D. Clement
        D. Clement
        Deputy Clerk