**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Lead Civil Action No. 1:22-cv-02384-GPG-SBP
*Consolidated with Civil Actions 1:22-cv-02805-GPG-TPO*
*and 1:22-cv-02893-GPG-TPO*

MINCHIE GALOT CUPAT, Individually and
On Behalf of All Others Similarly Situated,

Plaintiff,

v.

PALANTIR TECHNOLOGIES INC.,
ALEXANDER C. KARP,
DAVID GLAZER, and
SHYAM SANKAR,

Defendants.

---

# JOINT STATUS REPORT

---

Lead Plaintiff California Public Employees' Retirement System and additional named plaintiff Shijun Liu, Individually and as Trustee of The Liu Family Trust 2019, and Defendants Palantir Technologies Inc., Alexander Karp, Peter Thiel, Stephen Cohen, David Glazer, Shyam Sankar, and Kevin Kawasaki submit this joint report. The Court's September 5, 2025 Orders administratively closing Case Nos. 1:22-cv-2805-GPG-TPO and 1:22-cv-2893-GPG-TPO ("Related Actions") required 180-day status reports pending Plaintiffs' appeal of the Court's April 4, 2025 dismissal Order in *Cupat v. Palantir Techs. Inc.*, No. 22-cv-02384-GPG-SBP ("Lead Action"). On March 11, 2026, the Court vacated that requirement in the Related Actions, stating it would rely "on the status report filed in [the Lead Action]." *See* No. 1:22-cv-2805, ECF 23; No. 1:22-cv-2893, ECF 30.

Since the last report, ECF 130, the Tenth Circuit heard oral argument on the appeal on March 16, 2026. A decision remains pending.

Dated: August 31, 2026

Respectfully submitted,

Sam D. Starritt
STARRIT LEGAL, LLC
222 North 7th Street, Suite A-1
Grand Junction, Colorado 81501
Telephone: (970) 335-8831
sam@starrittlegal.com

*/s/ David Y. Livshiz*
***David Y. Livshiz***
Nicholas A. Caselli
FRESHFIELDS US LLP
3 World Trade Center
175 Greenwich Street
New York, NY 10007
Telephone: (212) 277-4000
david.livshiz@freshfields.com
nicholas.caselli@freshfields.com

Boris Feldman
855 Main Street
Redwood City, CA 94063
(650) 618-9250
boris.feldman@freshfields.com

*Counsel for Defendants*

JOHNSON FISTEL, LLP
JEFFREY A. BERENS
2373 Central Park Boulevard,
Suite 100
Denver, CO 80238-2300
Telephone: 303/861-1764
303/861-1764 (fax)
jeffb@johnsonfistel.com

*/s/ Luke O. Brooks*

Darren J. Robbins
***Luke O. Brooks***
J. Marco Janoski Gray
Erika L. Oliver
Christopher R. Kinnon
Sarah A. Fallon
ROBBINS GELLER RUDMAN &
DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
FAX: 619/231-7423
darrenr@rgrdlaw.com
lukeb@rgrdlaw.com
mjanoski@rgrdlaw.com
eoliver@rgrdlaw.com
ckinnon@rgrdlaw.com
sfallon@rgrdlaw.com

*Counsel for Lead Plaintiffs*